UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GRAHAM,

    Plaintiff,

                                                                    Case No. 17-10956

v.

                                                                  Hon. John Corbett O'Meara

MIDI TRANSPORT, INC., *et al.*,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER AND SETTING ASIDE CLERK'S ENTRY OF DEFAULT

Before the court is Defendants' request for an extension of time to obtain counsel and answer the complaint, filed June 7, 2017. Defendants were served with the summons and complaint on May 22, 2017; their answer was due June 12, 2017. Prior to the due date, Defendants filed a motion for an extension of time. On June 13, 2017, Plaintiff filed requests for a clerk's entry of default as to all Defendants, which were entered the same day.

In light of Defendants' timely request for an extension of time, the defaults were entered in error. The court will set aside the defaults and grant Defendants an extension of time to answer the complaint. See Fed. R. Civ. P. 55(c) ("The court may set aside an entry of default for good cause.").

Accordingly, IT IS HEREBY ORDERED that the clerk's entry of default as to each of the Defendants is SET ASIDE.

IT IS FURTHER ORDERED that Defendants' motion for an extension of time is GRANTED. Defendants shall have until September 15, 2017, to answer or otherwise respond to the complaint.

s/John Corbett O'Meara
United States District Judge

Date: June 15, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 15, 2017, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager