UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GRAHAM,

    Plaintiff,

Case No. 17-10956

v.

Hon. John Corbett O'Meara

MIDI TRANSPORT, INC., *et al.*,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Before the court is Plaintiff's motion for voluntary dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Defendants do not oppose Plaintiff's request.

IT IS HEREBY ORDERED that Plaintiff's motion for voluntary dismissal is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: March 30, 2018

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 30, 2018, using the ECF system and/or ordinary mail.

                                        <u>s/William Barkholz</u>
                                        Case Manager